**Dismissed w.o.j. and Opinion Filed October 31, 2024**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

## No. 05-24-01215-CV

## IN RE JETAVION REED, Relator

**Original Proceeding from the Justice of the Peace Court, Precinct 4, Place 2
Dallas County, Texas
Trial Court Cause No. JPC-24-02574-42**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Partida-Kipness

Before the Court is relator's October 16, 2024 petition for writ of mandamus.

Relator challenges certain actions by a Dallas County Justice of the Peace. Relator's

petition is defective in several respects. *See* TEX. R. APP. P. 52.1, 52.2, 52.3(a)–(h),

52.3(j), 52.3(k)(1)(A), 52.7(a)(1), 52.7(a)(2). Notwithstanding these defects, this

Court does not have writ jurisdiction over a justice of the peace unless the justice is

interfering with our appellate jurisdiction. *See* TEX. GOV'T CODE § 22.221(a), (b) (a

court of appeals may only issue writ of mandamus against district and county judges

or as necessary to enforce its own jurisdiction); *see also In re Gardner*, No. 05-19-

01087-CV, 2019 WL 4565533, at *1 (Tex. App.—Dallas Sept. 20, 2019, orig.

proceeding) (mem. op.). Relator does not explain how the justice of the peace's actions interfere with our jurisdiction, and we ascertain no reason. *See In re Ross*, No. 05-24-00919-CV, 2024 WL 3664540, at \*1 (Tex. App.—Dallas Aug. 6, 2024, orig. proceeding) (mem. op.).

Accordingly, we dismiss relator's petition for want of jurisdiction.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
241215F.P05                                      JUSTICE